606 F.2d 320
 89 Lab.Cas. P 12,157
 N. L. R. B.
v.
Local Union No. 195, United Association of Journeyman and
Apprentices of Plumbing and Pipe Fitting Industry
of U. S. and Canada, AFL-CIO
*#
 No. 79-1835
 United States Court of Appeals, Fifth Circuit
 10/17/79
 
 1
 N.L.R.B.
 
 ENFORCED
 
 
 *
 Fed.R.App.P. 34(a); 5th Cir.R. 18
 # Local Rule 21 case; see NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.